IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## NOTICE

**United States of America**                                     CASE NUMBER: 1:01-CR-0336-01

vs.

**Tyrone J. Smith**

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been set for the place, date and time set forth below:

Place:  U.S. District Court                           **Date and Time: May 24, 2005 @ 10:00 AM**
        Courtroom #3
        228 Walnut Street
        8th Floor, Federal Building
        Harrisburg, PA. 17101

Type of Proceeding: *Re-Sentencing

Date:  May 11, 2005                                    /s/ Mark J. Armbruster
                                                       By: Mark J. Armbruster, Deputy Clerk

CC:    Judge Sylvia H. Rambo
       Joshua Lock, Esq.
       William Behe, AUSA
       U.S. Marshal
       Federal Probation
       Wendy Yinger, Rptr.

**All sentencing memoranda must be filed no later than five (5) business days prior to the date scheduled for the sentencing proceeding.**

Counsel is requested to arrive prior to the scheduled time should there be a need to speak with his/her client. Every attempt is made to start proceedings on time. Thank You