IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## NOTICE

**United States of America**                           CASE NUMBER: 1:01-CR-0336-01

vs.

**Tyrone J. Smith**

TYPE OF CASE: Criminal

TAKE NOTICE that a proceeding in this case has been RE-SCHEDULED for the place, date and time set forth below:

Place:   U.S. District Court                **Date and Time: May 26, 2005 @ 2:00 PM**
         Courtroom #3                           (Previously set for 5/24/05 @ 10:00 AM)
         228 Walnut Street
         8th Floor, Federal Building
         Harrisburg, PA. 17101

Type of Proceeding: *Sentencing

Date:  May 23, 2005                         /s/ Mark J. Armbruster
                                            By: Mark J. Armbruster, Deputy Clerk

CC:    Judge Sylvia H. Rambo
       Joshua Lock, Esq.
       William Behe, AUSA
       U.S. Marshal
       Federal Probation
       Wendy Yinger, Rptr.