**ORIGINAL**

May 21, 2005

FILED
HARRISBURG, PA

MAY 2 4 2005

MARY E. D'ANDREA, CLERK
Per _____
         Deputy Clerk

Honorable Judge Sylvia H. Rambo
United States District Court
Middle District of Pennsylvania
228 Walnut Street, P.O. Box 983
Harrisburg, PA  17108

RE:  Tyrone J. Smith          Reg. No. 10924-067
                              Case No. 1:01-CR-336-01

SUBJECT :  Request_For_Consideration

    This letter is being submitted on behalf of the above-named Defendant/Appellant, Tyrone J. Smith, who was indicted by the Grand Jury for the Middle District of Pennsylvania in December 2001 for the violations of Title 18, U.S.C. §2, 21 U.S.C. § 841 (a)(1), 21 U.S.C. § 843(b); and 21 U.S.C. § 846.  Mr. Smith subsequently was found guilty by a jury of his peers of the stated charges and final judgement was found by the sentencing Court on November 24, 2003 to a term of 360 months on each of counts 1 and 5, and 48 months on count 4, to be served concurrent.

    Mr. Smith submitted an Appeal in February 2004 in the above case.

    Mr. Smith is submitting this letter for consideration by the Honorable Court in regards to his rehabilitative efforts since his incarceration and would hope that the Court will review this request with a compassionate heart and keen sense of what it takes to prepare such a letter to the Court.

    Mr. Smith will begin by giving a brief history and attempt to show the Court that he is indeed a man who has spent a great deal of time attempting to change his lifestyle and his thinking to mold himself into the type of person that can be an asset to himself, his family and his community at large by establishing unto himself principles of action and fortifying himself with morals that are acceptable by the society in which he lives.

    I. Past_conduct_and_Activities:

    Mr. Smith maintained his innocence during trial and tryed to show the Court that he was a young man who was at the mercy of those who saw a way to benefit from making it appear that they were in the employ of Mr. Smith, and thus the instant offenses.  Mr. Smith acknowledges that he is not perfect and has not lived the perfect life in his past, but is now before the Court as an individual who has amended his ways and renewed his acts, and feels a sense of remorse for all that he may have done in the past that could be considered as violations of the law.

Mr. Smith recognizes that our society is infested with illegal use and abuse of narcotics whether using or selling, and he submits that this type of behaviour is unacceptable and intolerable in our present society. Mr. Smith has raised his level of moral maturity and is remorseful for the' behaviors and thinking that he allowed himself to indulge in as a young man who had begun to become a victim of his own desires and his attepmts to validate himself by way of illegal activity amongst his peers.

It is now a belief of Mr. Smith that those who attempt to validate themselves in this manner is both wrong and un-neccessary.

## II.  Brief History:

Mr. Smith is a life-long resident of Harrisburg, PA, in that he has resided with his parents in Harrisburg and attended the educational system from elementary school to High School in Harrisburg. Mr. Smith was a good student and recieved good grades in school. My ties to Harrisburg are deep and I am proud of my community.

Mr. Smith has family and friends in Harrisburg, PA who are very supportive of him and remain so at the time of this writing. His family and friends have been instrumental in aiding him in changing his lifestyle and thinking in that he now recognizes that he is not alone in this world, but rather, he is a part of a nucleuas of friends and family that would like to see him suceed in his life ambitions.

A part of his change in concept, ideology and perspective has been the fact that he has strong roots in the Church, namely, McCullough Memorial Church in Harrisburg, where he was an active member since 1983. It is this foundation that has led Mr. Smith on the road to not only personal salvation from a spiritual point of view, but, also from the point of view that he knows that there is much more to life than just himself. He now knows and acknowledges that his actions not only effect him, but, they effect those who care about him as well and there is also his acknowledgement of victims who have suffered as a result of past activities.

Prior to Mr. Smith's incarceration, there were family and friends who submitted character references to the Court in his regard who are now even more proud of the accomplishments that he has made during his time of incarceration.

Because of his renewed faith and his level of moral maturity Mr. Smith now knows and recognizes that there are <u>just some things that he will not do</u>, because of his views of life now.

### III. Family and Associations:

Mr. Smith has always been a part of a very close knit family who were and remain supportive of him. He also is the very proud father of two (2) children, who he realizes need him in the community to give them physical and moral and emotional support as a father and role model. He is very concerned that he has been separated from them resulting from his own poor choices and impaired judgement.

### IV. Employment Possibilities:

Mr. Smith was employed prior to his incarceration with his father at a family-owned business, i.e. Tyrone and Sons Home Improvement Company and was a very dependable worker who very much enjoyed his employment. It is here that Mr. Smith intends to return as a gainfully employed Citizen. Mr. Smith knows now the importance of earning a living in a rightful manner.

### V. Associations and Civic Activities:

As a result of his incarceration Mr. Smith has seen the effect that negative thinking and behaviors has caused himself and others and desires to become an active part in attempting to deter young men and women from leading down the path that led him to incarceration. To this end Mr. Smith has been a very active participant in a Youth Mentoring Program established by inmates in the Federal Correctional Center at Schuylkill by the name of Men Acting Now (MAN). This program was designed to give inmates the opportunity to become Counselors and Mentors to young adults inside and outside of the institutional setting, in an attempt to motivate and encourage them to make earnest attempts at living clean, moral and righteous lives so that they can avoid the stigma of incarceration. (See attached letter from Program Coordinator).

Mr. Smith also intends to become involved with other civic and church organizations who lend themselves to this type of counselling and mentoring as well.

### VIII. Preparation for Success:

Mr. Smith has been involved in a host of activities during his incarceration that are positive and they are needed in his attempts to further better himself, as well as prepare himself for an eventual return to the community. Some of these activities are:

| | |
|---|---|
| Home Buyer's Course | Completed 2004 |
| Sports Awards Activities | Consistent Participation |
| Pennsylvania Wildlife Class | Completed 2005 |
| Men Acting Now | Actively Involved |

Mr. Smith has found comfort in being productive and he intends to further his involvement in these areas and more upon release.

Mr. Smith has become a man in his own rite and lives to be successful in his every endeavor. He knows that in order to accomplish his ideals and aspirations he must be consitent and patient with himself and others, and is willing to do so.

It is hoped that you will find the sincerity in which Mr. Smith speaks and you will see that he is willing to change his lifestyle and behavior to reflect the contents of this letter.

I appreciate the time that you have spent in reviewing this letter and I thank you in advance for any and all that you may deem appropriate in this matter, and I await what I hope to be a favorable reply.

Sincerely & Respectfully

Tyrone J. Smith

cc: file(s)



# Certificate of Completion

This hereby certifies that

*Tyrone Smith*

has successfully completed

*Home Buyer's Class*

*July 2004*



ACE Coördinator

# Achievement Award



Presented to:

## Tyrone Smith

*For His Outstanding Achievment of completing 50 hours in the FCI Schulkilll Sport Award Program 2005*



K. Wasson, Recreation Specialist



# Certificate of Completion

*This hereby certifies that*

*Tyrone Smith*

*has successfully completed*

*ACE Pennsylvania Wildlife*

*April 7, 2005*

_____
ACE Coordinator





Tyrone Smith
10924-067
FCI Schuylkill
P.O. Box 759
Minersville, PA 17954

Honorable Judge Sylvia H. Rambo
United States District Court
Middle District of Pennsylvania
228 Walnut Street, P.O. Box 983
Harrisburg, PA 17108