IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.   1:CR-01-336-01** |
| | : | |
| **v.** | : | |
| | : | |
| **TYRONE SMITH, a/k/a "Manny"** | : | |

## O R D E R

The background of this order is as follows:

Resentencing in the captioned matter was scheduled for this date. Current counsel for Defendant verbally requested a postponement of the resentencing which request was concurred in by the Government.

It appears that Defendant may be having contacts with other counsel not of record before the court. If Defendant intends to have other counsel represent him, new counsel shall enter an appearance on the record no later than June 30, 2005. The resentencing proceeding scheduled this date will be continued.

In the event no other counsel enters an appearance, **IT IS HEREBY ORDERED THAT** the resentencing proceeding is continued from May 26, 2005, to 11:30 a.m. on July 14, 2005 in Courtroom No. 3, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

                                                s/Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge

Dated:  May 26, 2005.