I hereby certify and return that I partially executed the within Writ of Habeas Corpus ad (TEST) (Pros.) or Order by transporting the within named T. SMITH from the BOP to the DCP This 22 day of MAY 2005

M. Regan
U.S. Marshal, M/D PA

By R.B.K. for R. Operruich / DUSM

01-336

I hereby certify and return that I partially executed the within Writ of Habeas Corpus ad (TEST) (Pros.) or Order by transporting the within named TYRONE SMITH from the DAUPHIN CTY JAIL to the FCI SCHUYKILL This 31 day of MAY 2005

USM REGAN
U.S. Marshal, M/D PA

By [signature] DUSM

I hereby certify and return that I partially executed the within Writ of Habeas Corpus ad (TEST) (Pros.) or Order by transporting the within named _____ from the _____ to the _____ This ___ day of _____ 19__

U.S. Marshal, M/D PA
By

I hereby certify and return that I partially executed the within Writ of Habeas Corpus ad (TEST) (Pros.) or Order by transporting the within named _____ from the _____ to the _____ This ___ day of _____ 19__

U.S. Marshal, M/D PA
By

I hereby certify and return that I partially executed the within Writ of Habeas Corpus ad (TEST) (Pros.) or Order by transporting the within named _____

U.S. Marshal, M/D PA