IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.  1:CR-01-336-01 |
| | ) **(Judge Rambo)** |
| v. | ) **(Electronically filed)** |
| | ) |
| **TYRONE J. SMITH** | ) |

**MOTION FOR THE COURT TO ISSUE A WRIT OF**
<u>**HABEAS CORPUS AD PROSEQUENDUM**</u>

**TO THE HONORABLE, THE JUDGES OF SAID COURT:**

**NOW COMES** Thomas A. Marino, United States Attorney in and for the Middle District of Pennsylvania, and would respectfully show the Court:

1.  That there is now pending in this Court and undisposed of a certain criminal case charging the said **TYRONE J. SMITH, #10924-067,** with violations of Title 21, United States Code, Section 841(a)(1).

2.  That the said **TYRONE J. SMITH** is now in the custody of the **FCI SCHUYLKILL.**

**WHEREFORE**, on behalf of the United States of America, the said Thomas A. Marino, United States Attorney, prays your Honorable Court to grant and issue a writ of habeas corpus ad prosequendum to have the said **TYRONE J. SMITH** brought before the United States District Court for the Middle District of Pennsylvania at the United States Courthouse, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania on July 14, 2005, at 10:00 a.m. for re-sentencing.                    .

Respectfully submitted,

THOMAS A. MARINO
UNITED STATES ATTORNEY

/s/ WILLIAM A. BEHE        
WILLIAM A. BEHE
Assistant U.S. Attorney
228 Walnut Street
P.O. Box 11754
Harrisburg, PA 17108
717/221-4482 (Office)
717/221-2246 (Fax)
WILLIAM.BEHE@USDOJ.GOV
Bar No. PA-32284