TAM:DB:caz

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 1:CR-01-336-01 |
| | ) (Judge Rambo) |
| v. | ) (Electronically filed) |
| | ) |
| TYRONE J. SMITH | ) |

### WRIT OF HABEAS CORPUS
### AD PROSEQUENDUM

UNITED STATES OF AMERICA TO THE WARDEN,
FCI SCHUYLKILL

FILED
HARRISBURG
JUN 1 3 2005
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

GREETINGS:

**YOU ARE COMMANDED TO PRODUCE NOW**, in the custody of the United States Marshal, or one of his deputies, before the United States District Court at Harrisburg, Pennsylvania, on **July 14, 2005, at 10:00 a.m.**, the person of **TYRONE J. SMITH, #10924-067**, whom it is alleged you legally restrain of his liberty and against whom there are pending certain criminal proceedings in the United States District Court for the Middle District of Pennsylvania, to the end that the said **TYRONE J. SMITH**, be heard on the criminal charges above referred to, charging violations of Title 21, United States Code, Section 841(a)(1), and you are directed to keep the said prisoner safe in custody and confine him from day to day, when not appearing before the Court, in a safe and suitable jail, and, at the conclusion of said proceeding, to immediately return the said **TYRONE J. SMITH** to **FCI SCHUYLKILL** to serve the balance of the sentence or sentences heretofore posed.

HEREIN FAIL NOT and do return make hereof.

WITNESS my signature on this, the _13_ day of June 2005.

SYLVIA H. RAMBO
United States District Judge