IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : **CRIMINAL NO. 1:CR-01-336-01**
:
**v.** :
:
**TYRONE SMITH, a/k/a "Manny"** :

### **O R D E R**

Before the court is a letter from defense counsel which this court will deem to be a motion to withdraw as counsel for Defendant. Upon consideration thereof, **IT IS HEREBY ORDERED THAT:**

1) The motion is **GRANTED** and attorney Joshua Lock is granted leave to withdraw as counsel in the captioned case.

2) No later than June 30, 2005, new counsel shall enter an appearance on behalf of Defendant.

3) In the alternative, if Defendant can no longer afford to retain counsel, he may request a court appointed attorney by completing and returning the enclosed financial affidavit to the Clerk of Court, PO Box 983, Harrisburg, Pennsylvania 17108, no later than June 30, 2005.

4) The resentencing proceeding remains scheduled for July 14, 2005 at 11:30 a.m.

                                                                 s/Sylvia H. Rambo
                                                                  SYLVIA H. RAMBO
                                                                  United States District Judge

Dated: June 20, 2005.