



A full-service law firm.

June 17, 2005

The Honorable Sylvia H. Rambo, Senior Judge
United States District Court
Middle District of Pennsylvania
Federal Building & Courthouse
228 Walnut Street
Harrisburg, Pennsylvania 17108

**FILED**
**HARRISBURG**

JUN 2 0 2005

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

In Re: USA v. Tyrone Smith
No: 1:01-CR-336

Dear Judge Rambo:

In a recent letter received from Tyrone Smith he advised me that he wishes to raise additional issues at his re-sentencing hearing now scheduled for July 14, 2005. Based on the nature of those issues, a conflict prevents me from continuing to represent Mr. Smith. I have advised him of the need to immediately secure services of replacement counsel.

Although I did speak with the Court about Tyrone's re-sentencing, I never did enter my appearance on his behalf for that purpose. If Your Honor wishes that I proceed in a formal manner to withdraw my appearance in this matter, please let me know.

Thank you.

Respectfully yours,

Joshua D. Lock

JDL:jdw

Cc: William A. Behe, A.U.S.A.
    Tyrone Smith

123219.1