IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : **CRIMINAL NO. 1:CR-01-336-01**
:
**v.** :
:
**TYRONE J. SMITH** :

## O R D E R

**IT IS HEREBY ORDERED THAT** no later than the noon on July 12, 2005, Defendant shall file a statement setting forth the issues he intends to argue at the resentencing proceeding.

                s/Sylvia H. Rambo
                SYLVIA H. RAMBO
                United States District Judge

Dated: June 28, 2005.