**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : NO.: 1:01-CR-336-01 |
| **v.** | : |
| | : JUDGE RAMBO |
| **TYRONE SMITH, a/k/a "Manny"** | : |

## ORDER

**AND NOW**, upon consideration of Motion to Withdraw as Counsel filed by Dennis E. Boyle, Esquire, said Motion is hereby GRANTED and Dennis E. Boyle, Esquire, is relieved as counsel in the above-captioned matter.

BY THE COURT:

_____
Sylvia H. Rambo, J.