IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**     :     **CIVIL NO. 1:CV-01-336-01**
:
**v.**     :
:
**TYRONE SMITH a/k/a "Manny"**     :

## O R D E R

       Before the court is court appointed counsel's Petition to Withdraw. Counsel was appointed to represent Defendant at a resentencing hearing which resulted in a reduction of Defendant's sentence by 120 months. On August 2, 2005, counsel received a copy of a letter addressed to the court that claimed ineffective assistance of counsel. As a result of the contents of that letter, counsel believes his ability to represent Defendant has been compromised.

       Upon consideration thereof, **IT IS HEREBY ORDERED THAT**:

       1) The motion is **GRANTED** and attorney Dennis E. Boyle is withdrawn as counsel for Defendant.

       2) The Clerk of Court shall immediately file a notice of appeal on behalf of Defendant Tyrone Smith.

       3) Defendant shall submit to the Third Circuit Court of appeals a request for court appointed counsel.

       4) The Clerk of Court shall provide to Defendant a financial affidavit form along with the address of the Third Circuit Court of Appeals to which he shall direct his request.

                                                              s/Sylvia H. Rambo
                                                              SYLVIA H. RAMBO
                                                              United States District Judge

Dated: August 2, 2005.