NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. DISTRICT COURT: <u>MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG, PA.</u>

U.S. TAX COURT [ ]                          CIRCUIT COURT
                                            DOCKET NO.      _____
                                                         (Leave Blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

                                            DISTRICT or
TYRONE J. SMITH                             TAX COURT
                                            DOCKET NO.    1:01-CR-0336-01

                                            DISTRICT or
                                            TAX COURT
                                            JUDGE          Sylvia H. Rambo

Notice is hereby given that Tyrone Smith

appeals to the United States Court of Appeals for the Third Circuit from [X] Judgment

entered in this action on: July 28, 2005

DATED: August 2, 2005


Tyrone J. Smith, Pro-Se            William Behe, AUSA
10924-067                          U.S. Attorney's Office
FCI Schuylkill                     228 Walnut Street
P.O. Box 759                       Harrisburg, PA. 17101
Minersville, PA. 17954             717-221-4484
                                   (Counsel for Appellee)


(Tel. No. - U.S. Gov't. FTS or Other)    (Tel. No. - U.S. Gov't. FTS or Other)


NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the notice of appeal sheet.