

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

RECEIVED
AUG 16 2005
MARY E. D'ANDREA, CLERK

RETURN TO SENDER

RTS
RETURN TO SENDER

A ☐ INSUFFICIENT ADDRESS
  ☐ ATTEMPTED NOT KNOWN
C ☐ NO SUCH NUMBER/STREET
S ☒ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD
  ☐ OTHER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : CIVIL NO. 1:CV-01-336-01
:
v. :
:
**TYRONE SMITH a/k/a "Manny"** :

### O R D E R

Before the court is court appointed counsel's Petition to Withdraw. Counsel was appointed to represent Defendant at a resentencing hearing which resulted in a reduction of Defendant's sentence by 120 months. On August 2, 2005, counsel received a copy of a letter addressed to the court that claimed ineffective assistance of counsel. As a result of the contents of that letter, counsel believes his ability to represent Defendant has been compromised.

Upon consideration thereof, **IT IS HEREBY ORDERED THAT**:

1) The motion is **GRANTED** and attorney Dennis E. Boyle is withdrawn as counsel for Defendant.

2) The Clerk of Court shall immediately file a notice of appeal on behalf of Defendant Tyrone Smith.

3) Defendant shall submit to the Third Circuit Court of appeals a request for court appointed counsel.

4) The Clerk of Court shall provide to Defendant a financial affidavit form along with the address of the Third Circuit Court of Appeals to which he shall direct his request.

> s/Sylvia H. Rambo
> SYLVIA H. RAMBO
> United States District Judge

Dated: August 2, 2005.

**CJA 23**
Rev 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF

_____ V.S. _____

FOR _____
AT _____

LOCATION NUMBER ▶

PERSON REPRESENTED (Show your full name) ▶

1 ☐ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate _____
▶ District Court _____
Court of Appeals _____

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed?   ☐ Yes   ☐ No   ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed?   ☐ Yes   ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $ _____

3rd Circuit Court of Appeals
601 Market St.
Philadelphia, PA
19106

**CASH**  Have you any cash on hand or money in savings or checking accounts?  ☐ Yes

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, clothing?   ☐ Yes   ☐ No
IF YES, GIVE THE VALUE AND $ DESCRIBE IT
VALUE _____
_____
_____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS
___ SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED

Total No. of Dependents _____

List persons you actually support and your relationship to them
_____
_____
_____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| _____ | _____ | $ _____ | $ _____ |
| | _____ | $ _____ | $ _____ |
| | _____ | $ _____ | $ _____ |
| | _____ | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT ▶ _____
(OR PERSON REPRESENTED)

NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. DISTRICT COURT: <u>MIDDLE DISTRICT OF PENNSYLVANIA, HARRISBURG, PA.</u>

| | |
|---|---|
| U.S. TAX COURT [ ] | CIRCUIT COURT DOCKET NO. _____ (Leave Blank) |
| FULL CAPTION IN DISTRICT COURT AS FOLLOWS: | |
| TYRONE J. SMITH | DISTRICT or TAX COURT DOCKET NO.   1:01-CR-0336-01 |
| | DISTRICT or TAX COURT JUDGE   Sylvia H. Rambo |

Notice is hereby given that Tyrone Smith

appeals to the United States Court of Appeals for the Third Circuit from [X] Judgment

entered in this action on: July 28, 2005

DATED: August 2, 2005

| | |
|---|---|
| Tyrone J. Smith, Pro-Se | William Behe, AUSA |
| 10924-067 | U.S. Attorney's Office |
| FCI Schuylkill | 228 Walnut Street |
| P.O. Box 759 | Harrisburg, PA. 17101 |
| Minersville, PA. 17954 | 717-221-4484 |
| | (Counsel for Appellee) |

(Tel. No. - U.S. Gov't. FTS or Other)    (Tel. No. - U.S. Gov't. FTS or Other)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the notice of appeal sheet.