AO 245 B (Rev. 12/03) Judgment in a Criminal Case, Sheet 2 - Imprisonment

Defendant: TYRONE J. SMITH                                    Judgment-Page 2 of 7
Case Number: 1:01-CR-0336-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 240 months. This term consists of terms of 240 months on each of counts I and V, and 48 months on count IV, to be served concurrently.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[X] The defendant is remanded to the custody of the United States Marshal.
[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] at _____ a.m./p.m. on _____.
    [ ] as notified by the U.S. Marshal.
[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [ ] before 2 p.m. on _____.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the probation office.
    [ ] The defendant is to contact the United States Marshal's Office no later than three days prior to the above date to be notified of the place of confinement.

## RETURN

I have executed this judgment as follows:

_____

_____

*order Received* _____

~~Defendant delivered~~ on *8/15/05* to *FCI Schuylkill* _____ at
*Minersville, PA* _____, with a certified copy of this judgment.

*Ronnie RHoH, Warden*
United States Marshal

*RAKrantzlie*
Deputy Marshal