UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 05-3707 & 05-4042

USA v. Smith

O R D E R

As it appears that the same notice of appeal filed by Tyrone J. Smith was mistakenly docketed twice, it is hereby ORDERED that the appeal at No. 05-4042 shall be administratively closed.  The appeal at No. 05-3707 will continue.  As Appellant has already been granted CJA status by the District Court for appeal No. 05-3707, no action will be taken with respect to the CJA Form 23 filed in No. 05-4042.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated:  November 1, 2005
CMH/cc: TJS, WAB