# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

November 9, 2005

William K. Suter
Clerk of the Court
(202) 479-3011



Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

    Re: Tyrone Smith
        v. United States
        No. 05-7462
        (Your No. 03-4650)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on July 7, 2005 and placed on the docket November 9, 2005 as No. 05-7462.

Sincerely,

**William K. Suter**, Clerk

by

Sandy Spagnolo
Case Analyst