# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

December 5, 2005

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106

Re: Tyrone Smith
v. United States
No. 05-7462
(Your No. 03-4650)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter, Clerk