UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 05-3707

———

UNITED STATES OF AMERICA

v.

TYRONE J. SMITH
a/k/a
MANNY

Tyrone J. Smith,

*Appellant*

———

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Criminal No. 01-cr-00336-01)
District Judge: Honorable Sylvia H. Rambo

———

Submitted Pursuant to Third Circuit LAR 34.1(a)
December 13, 2007

Before: RENDELL, GREENBERG, and VAN ANTWERPEN, *Circuit Judges*.

———

JUDGMENT

———

     This cause came to be heard on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on December 13, 2007. On consideration whereof, it is now hereby

     ORDERED and ADJUDGED by this Court that the judgment of conviction and sentence of the District Court entered on July 29, 2005, is AFFIRMED. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: December 13, 2007