OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| | FOR THE THIRD CIRCUIT | |
|---|---|---|
| Marcia M. Waldron | 21400 United States Courthouse | Telephone |
| Clerk | 601 Market Street | 267-299-4952 |
| | Philadelphia PA 19106-1790 | |

www.ca3.uscourts.gov

January 4, 2008

Mrs. Mary D'Andrea
U.S. District Court for the Middle District of Pennsylvania
Middle District of Pennsylvania
228 Walnut Street
Room 1060
Harrisburg, PA  17108

**RE: Docket No. 05-3707**
    USA  vs. Smith
    No. 01-cr-00336-1

Dear Mrs. D'Andrea:

    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

    Very truly yours,
    MARCIA M. WALDRON
    Clerk

By: Carmen M. Hernandez
    Case Manager

Enclosure

cc:
        Daniel M. Pell, Esq.
        William A. Behe, Esq.
        Theodore B. Smith III, Esq.