IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:01-CR-336 |
| | : | |
| **v.** | : | |
| | : | |
| **TYRONE SMITH** | : | Judge Sylvia H. Rambo |

# O R D E R

AND NOW, this 29th day of August, 2024, upon consideration of Defendant Tyrone Smith's motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) (Doc. 592), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

/s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge